**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID MOYA,
an individual,

                                              Case No.: 8:14-cv-02014-SDM-TBM

      Plaintiff,
v.

ENHANCED RECOVERY
COMPANY, LLC,
a foreign limited liability company,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, DAVID MOYA (hereinafter "Plaintiff"), by and through the undersigned counsel, pursuant to Middle District of Florida, Local Rule 3.08, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, ENHANCED RECOVERY COMPANY, LLC (hereinafter "Defendant"), have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel, and Defendant has no objection to the relief sought.

Submitted this 12th day of June 2015.

>Respectfully submitted,
>
>**LEAVENLAW**
>
>/s/ *Aaron M. Swift*
>**Ian R. Leavengood, Esq., FBN 0010167**
>**Aaron M. Swift, Esq., FBN 93088**
>**Gregory H. Lercher, Esq. FBN 106991**
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone: (727) 327-3328
>Fax: (727) 327-3305
>consumerservice@leavenlaw.com
>aswift@leavenlaw.com
>glercher@leavenlaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 12th day of June 2015 to:

Scott S. Gallagher
Richard D. Rivera
Smith, Gambrell, & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
sgallagher@sgrlaw.com
rrivera@sgrlaw.com
*Attorneys for Defendant*

>/s/ *Aaron M. Swift*
>Attorney