UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MOYA,

    Plaintiff,

v.                                        CASE NO. 8:14-cv-2014-T-23TBM

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## **ORDER**

In accord with the plaintiff's stipulation (Doc. 15), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on July 27, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE